IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIE NORMAN MATHIS,

    Plaintiff,

vs.                                CASE NO. 5:08cv254/RS-GRJ

BOB BARKER COMPANY, INC., et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 64). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Plaintiff's Third Amended Complaint is dismissed for failure to state a claim; pursuant to the fugitive disentitlement doctrine; and for failure to disclose prior lawsuits.

3. The clerk is directed to close the file.

**ORDERED** on June 3, 2011.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**